United States Bankruptcy Court
For the District of Colorado
HONORABLE MICHAEL E. ROMERO

| | |
|---|---|
| In re ) | |
| ) | |
| Kathryn A. Gotobed ) | Bankruptcy Case No. 10-32424 MER |
| SSN/EIN XXX-XX-8954 ) | |
| ) | Chapter 13 |
| ) | |
| ) | |
| Debtor. ) | |

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO
11 U.S.C. § 1307(c)(1) and (2)**

An Application to Pay Filing Fee in Installments was granted by order of this Court dated September 1, 2010, establishing a schedule of installment payments for the filing fees. Debtor was provided notice pursuant to Rule 2002(a) that in the event of a default in any payment required in the schedule, the case would be dismissed. On December 14, 2010, the Court issued a "Notice of Impending Dismissal of Case For Default of Installment Fee Schedule" and advised the Debtor to cure the default on or before December 27, 2010, failing which the case would be dismissed without further notice or hearing. As of the date of this order, the default has not been cured and this case should now be dismissed.

Also, on November 1, 2010, this Court issued a minute order requiring the Debtor to file an amended Chapter 13 plan on or before November 15, 2010, and setting a hearing on January 3, 2011. No plan was filed and the Debtor failed to appear at the hearing.

THEREFORE, IT IS ORDERED that, pursuant to 11 U.S.C. § 1307(c)(1) and (2), this case is hereby dismissed for failure to file a plan, failure to appear and nonpayment of the filing fee required by 28 U.S.C. § 1930(a), as scheduled by the order of this Court.

FURTHER ORDERED that the debtor is barred from payment of filing fees in installments in any subsequently filed case.

DATED: January 4, 2011

BY THE COURT:

_____
Bankruptcy Judge